STATE OF NEW JERSEY v. CHARLES C. TURNER.

May 2, 1989.

Petition for certification granted, and the matter is summari-
ly remanded to the trial court for resentencing in the light of

*State v. Baylass,* 114 *N.J.* 169 (1989) and *State v. Molina,* 114 *N.J.* 181 (1989).